**Jasper D. ROBERTSON,**
**Plaintiff–Appellant,**

v.

**Deputy BARRIET, Defendant–Appellee.**

**No. 11–7017.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2011.

Decided: Dec. 19, 2011.

Jasper D. Robertson, Appellant pro se. Jeff W. Rosen, Pender & Coward, PC, Virginia Beach, Virginia, for Appellee.

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper D. Robertson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Robertson v. Barriet,* No. 1:10–cv–00703–TSE–IDD, 2011 WL 2728933 (E.D.Va. July 13, 2011). We deny Robertson's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*